■ In the Matter of RICHARD B. DeVITA et al., Respondents, v MARIE L. DeVITA, Appellant. (Appeal No. 2.) [63 NYS3d 297]— Appeal from an order of the Family Court, Erie County (Brenda M. Freedman, J.), entered June 6, 2016 in a proceeding pursuant to Family Court Act article 6. The order granted petitioners sole custody of respondent's two sons.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of DeVita v DeVita* ([appeal No. 1] 155 AD3d 1587 [2017]). Present—Centra, J.P., Peradotto, Lindley, NeMoyer and Troutman, JJ.